IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI



FILED
SEP 2 4 2024
JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

| | |
|---|---|
| SAM TEHRANI, <br>     Plaintiff /Counterclaim Defendant, <br><br> vs. <br><br> MARY PICCIRILLI, <br>     Defendant/Counterclaim Plaintiff/ <br>     Third Party Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF ILLINOIS, <br>     Third Party Defendant | Cause No. 22SL-CC02442 <br><br><br> Division No. 17 |

### ORDER AND MEMORANDUM FOR FURTHER CLARIFICATION

On the Court's own motion, cause is re-opened as it was inadvertently closed. Plaintiff, Tehrani's claims against Defendant, Piccirilli have been dismissed with prejudice. However, Piccirilli's Counterclaim against Tehrani, Counterclaim Defendant, are pending. Piccirilli, Third-Party Plaintiff's Petition against Safeco, Third Party Defendant, are also pending.

**SO ORDERED:**

9-24-24
**DATE**

_Thea A. Sherry_
**Judge Thea A. Sherry**